IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARTLEY MULLEN,<br><br>    Plaintiff,<br><br>v.<br><br>ADIOS ASSOCIATES, LP,<br><br>    Defendant. | Case No. 2:23-cv-00711-NBF |

### NOTICE OF SETTLEMENT

COMES NOW Plaintiff Bartley Mullen, by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, Adios Associates, LP. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

Dated: June 7, 2023         Respectfully submitted,

/s/ R. Bruce Carlson
R. Bruce Carlson
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Attorney for Plaintiff*